413

No. 44828.—Protest 31173–K of H. H. Keve (New York).

Opinion by Evans, J.   On the record presented the protest was overruled.

No. 44829.—Protests 24333–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by Evans, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 44830.—Protests 985131–G, etc., of R. L. Albert & Son, Inc., et al. (New York).

Opinion by Evans, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, December 2, 1940

No. 44831.—Protests 922565–G, etc., of Importer's Beret Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44832.—Protests 835307–G, etc., of Kartiganer & Co. et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44833.—Protests 591653–G, etc., of U. S. Rayon Corp. et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similiar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44834.—Protests 542605–G, etc., of B. G. Behrman Co. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.